JS 44 (Rev. 08/18)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Jackson, Hannah, et. al.

### DEFENDANTS
Holladay, William Lee, III, et. al.

**(b)** County of Residence of First Listed Plaintiff: **Clarke County**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: **Limestone County**
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Eric J. Artrip (Mastando & Artrip, LLC; (256) 532-2222) & Will League (Timberlake & League, P.C.; (256) 536-0770)

Attorneys *(If Known)*
See attachment

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question *(U.S. Government Not a Party)*
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☒ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | **PROPERTY RIGHTS** | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | ☐ 820 Copyrights | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 830 Patent | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine / ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | | ☐ 840 Trademark | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | | **PERSONAL PROPERTY** | **LABOR** / **SOCIAL SECURITY** | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle / ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 480 Consumer Credit |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability / ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 862 Black Lung (923) | ☐ 485 Telephone Consumer Protection Act |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury / ☐ 380 Other Personal Property Damage | | ☐ 863 DIWC/DIWW (405(g)) | ☐ 490 Cable/Sat TV |
| ☐ 196 Franchise | ☐ 362 Personal Injury - Medical Malpractice / ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 850 Securities/Commodities/ Exchange |
| | | ☐ 751 Family and Medical Leave Act | ☐ 865 RSI (405(g)) | ☒ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights / **Habeas Corpus:** | ☐ 791 Employee Retirement Income Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 441 Voting / ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment / ☐ 510 Motions to Vacate Sentence | | | ☐ 896 Arbitration |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations / ☐ 530 General | | | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other / **Other:** | ☐ 462 Naturalization Application | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 448 Education / ☐ 540 Mandamus & Other / ☐ 550 Civil Rights / ☐ 555 Prison Condition / ☐ 560 Civil Detainee - Conditions of Confinement | ☐ 465 Other Immigration Actions | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
20 U.S.C. § 1232(g) ("FERPA"); 15 U.S.C. § 45; and 42 U.S.C. § 1983

Brief description of cause:
Alleged identity theft scheme involving wrongful enrollment in Alabama virtual schools to defraud ALSDE

## VII. REQUESTED IN COMPLAINT:
☒ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

**DEMAND $**

CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE: JEFFREY A WHITE
DOCKET NUMBER: 16-CV- 2021-000004

DATE: 04/01/2025
SIGNATURE OF ATTORNEY OF RECORD: *[signature]*

**FOR OFFICE USE ONLY**
RECEIPT #      AMOUNT      APPLYING IFP      JUDGE      MAG. JUDGE

**Plaintiffs' Attorneys**

Eric J. Artrip (ART001)

Mastando & Artrip, LLC

301 Holmes Ave NE, Suite 100

Huntsville, Alabama 35801

Telephone: (256) 532-2222

atrip@mastandoartrip.com


Will League (LEA013)

Timberlake & League, P.C.

125 Holmes Ave., NW

Hunstville, AL 35801

Telephone:  (256) 536-0770

league@law-injury.com


**Defendants' Attorneys**

*Monroe Academy, Tabitha Webb, Pike Liberal Arts School, & Jeremy Mathews*

M. WARREN BUTLER (BUT021)

Starnes Davis Florie LLP

11 North Water Street, Suite 20290

Mobile, Alabama 36602

Phone: (251) 433-6049

wbutler@starneslaw.com


*Abbeville Christian Academy*

Rodney Dalton

The Dalton Firm LLC

111 S. Doswell St

Abbeville, AL 36310

rodney@thedaltonfirm.com

*Meadowview Christian School,* Pro Se

1512 Old Orrville Rd,

Selma, Alabama 36701

*Pickens Academy & Brach White*

Wilson F. Greene

Wilson Green Law, LLC

301 19th St N Ste. 525,

Birmingham, AL 35233

wilson@wilsongreenlaw.com

*Delaine D. Bennett*, *Rick Rainer, & The Lakeside School*

Halron W. Turner

Edward T. Turner

Turner, Onderdonk, Kimbrough & Howell, P.A.

13212 Central Ave

Chatom, AL 36518

hwt@tokh.com

ett@tokh.com

*Integra Ventures LLC, c/o Keith Womack & Janet Womack,* Pro Se

329 Stephens Valley Blvd

Nashville, TN 37221

3168526.1

*Judy Etheredge*, *Marengo Academy (dissolved)*, *Tutt Educational Services, LLC c/o David Tutt, & David Webb Tutt*

Woodford W. Dinning, Jr.

Lloyd & Dinning, LLC

501 North Walnut Avenue

Demopolis, Alabama 36732-2037

wwdjr@ldllc.com


*Suzanne Bailey* & *Jackson Academy, LLC*

John G. Smith

Balch & Bingham, LLP

105 Tallapoosa St., Ste. 200

Montgomery AL 36104

jgsmith@balch.com


Lewis C. Anderson

Balch & Bingham, LLP

1901 Sixth Avenue North, Suite 1500

Birmingham, AL 35203

canderson@balch.com


*Thomas Michael Sisk*

Daryl Drinkard

Wilson, Drinkard & Drinkard LLC

103 Court Street

Grove Hill, AL 36451

wddlaw@wddlawoffices.com


3168526.1

***Greg E. Corkren & Educational & Opportunities & Management, LLC***

Maxwell H. Pulliam

301 19th Street N, Suite 519,

Birmingham, AL 35203

max@mpulliam.com

***William Richard Carter, Jr.,*** *Pro Se*

15829 Estate Dr.

Athens, AL 35613

***Deborah Irby Holladay***

Taffi S. Stewart

Michael L. Bendall

Lloyd, Gray, Whitehead, Monroe

880 Montclair Road, Suite 100

Birmingham, AL 35213

tstewart@lgwmlaw.com

lbendall@lgwmlaw.com

***William Lee Holladay, III***

James C. Brakefield

Jackson Fikes Hood and Brakefield

1815 3rd Ave

Jasper, AL 35501

jbrakefield@jacksonadnfikes.com

***Southern Academy, Michael Smith, & Marc Mickelboro***

William Holmes

3168526.1

Seale, Holmes, & Ryan, LLC

1004 Main St

Greensboro, AL 36744

[wholmes@sealeholmesryan.com](mailto:wholmes@sealeholmesryan.com)

3168526.1